**SEALED**

**FILED**
JUL 10 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARSHANE DEWAYNE CHAMBERS,<br>AMANDA RAE DAVIES,<br>a/k/a "Amanda Chambers,"<br><br>Defendants. | Case No. 23 CR 222 JFH<br><br>FILED UNDER SEAL<br><br>INDICTMENT<br>[COUNT ONE: 21 U.S.C. §§ 846 and 841(b)(1)(C) – Drug Conspiracy;<br>COUNTS TWO through FOUR: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Distribution of Methamphetamine] |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. §§ 846 and 841(b)(1)(C)]

From on or about July 20, 2021, to September 10, 2021, in the Northern District of Oklahoma and elsewhere, the defendants, **MARSHANE DEWAYNE CHAMBERS** and **AMANDA RAE DAVIES**, a/k/a "Amanda Chambers," knowingly, intentionally, and willfully conspired, confederated, and agreed, together and with others known and unknown to the Grand Jury, to distribute and to possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about August 4, 2021, in the Northern District of Oklahoma, the defendant, **MARSHANE DEWAYNE CHAMBERS**, knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]**

On or about August 12, 2021, in the Northern District of Oklahoma, the defendant, **MARSHANE DEWAYNE CHAMBERS**, knowingly and intentionally possessed with the intent to distribute methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about September 10, 2021, in the Northern District of Oklahoma, the defendants, **MARSHANE DEWAYNE CHAMBERS** and **AMANDA RAE DAVIES**, a/k/a "Amanda Chambers," knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
SPENCER WILLSON  
Assistant United States Attorney

_/s/ Grand Jury Foreperson_  
Grand Jury Foreperson

4